UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:16-cv-1103 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL WESP, Deputy District Attorney, | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On June 27, 2016, plaintiff was granted an extension of time in which to submit the documents required by the June 6, 2016 order, and his motion for discovery was denied without prejudice. During the pendency of plaintiff's previous requests, and prior to the issuance of the June 27, 2016 order, plaintiff filed two more motions for discovery and a motion requesting factual findings concerning charged and uncharged offenses, as well as lesser included offenses, and what offense should have been charged. (ECF Nos. 12-14.) For the reasons stated in the June 27, 2016 order, plaintiff's motions are denied without prejudice.

In addition, plaintiff claims that he "submitted his request for in forma pauperis to CDCR with no response for two weeks," and seeks a court order to deduct 20% from his inmate trust

1

1  account to avoid dismissal of this case.  (ECF No. 17 at 1.)  Plaintiff is advised that he must
2  provide the documents required by the June 6, 2016 order before the court can issue an order
3  addressing deductions from his inmate trust account.  Plaintiff must ensure that he has followed
4  the appropriate prison procedure to obtain the certified documents, and, if an inordinate amount
5  of time has passed without a response, he may avail himself of the prison grievance procedure
6  concerning such request.  Plaintiff has been granted an extension of time until late August in
7  which to submit the documents, so he is not in imminent peril of having this case dismissed.
8  Plaintiff's June 27, 2016 request is denied.

9  Finally, the record reflects that plaintiff has filed nine requests and motions from June 21,
10  2016, to June 27, 2016.  Plaintiff is formally cautioned that he may suffer restricted access to the
11  court where it is determined that he has filed excessive motions in a pending action.  See DeLong
12  v. Hennessey, 912 F.2d 1144 (9th Cir. 1990); see also Tripati v. Beaman, 878 F2d 351, 352 (10th
13  Cir. 1989).  Plaintiff is admonished that this court views the number of motions filed to date as
14  excessive and that consideration will be given to restricted court access if plaintiff does not
15  exercise appropriate restraint henceforth.

16  Accordingly, IT IS HEREBY ORDERED that:

17  1.  Plaintiff's June 23, 2016 motions (ECF Nos. 12, 13, 14) are denied without prejudice;
18  and

19  2.  Plaintiff's June 27, 2016 request (ECF No. 17) is denied.

20  Dated:  July 1, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/melg1103.den

2