UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL WESP, Deputy District Attorney,<br><br>　　　　　Defendant. | No. 2:16-cv-1103 KJN P<br><br><br><u>ORDER</u> |

　　　　Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff consented to proceed before the undersigned for all purposes.  <u>See</u> 28 U.S.C. § 636(c).  On May 23, 2016, plaintiff filed a civil rights complaint claiming that plaintiff was denied the right to a fair trial due to the criminal charges levied by defendant Wesp.  Plaintiff alleges that he was charged with a lesser offense, and that had he been charged with a greater offense, he would have suffered a lesser penalty than he sustained.  (ECF No. 1.)

　　　　On June 30, 2016, plaintiff filed a request for "temporary injunction," and a "motion to arrest in judgment and motion to withdraw plea."  (ECF No. 18, 20.)  These filings were signed by plaintiff on June 26, 2016, before he received the court's June 27, 2016 order.  Plaintiff's recent motions pertain to plaintiff's underlying criminal conviction.  Plaintiff is advised that this court does not have jurisdiction to "temporarily suspend the official powers of Deputy District

1 Attorney Daniel Wesp." (ECF No. 18.)  Similarly, this court has no jurisdiction in this action to
2 allow plaintiff to withdraw his plea from a state criminal proceeding.  Plaintiff filed the instant
3 action as a civil rights case under 42 U.S.C. § 1983, which involves challenges to the conditions
4 of a prisoner's confinement.  As the court previously explained, if plaintiff wishes to challenge
5 the fact or duration of his confinement in state prison, he must seek relief through a petition for
6 writ of habeas corpus under 28 U.S.C. § 2254.  (ECF No. 16 at 3.)  Because this court lacks
7 jurisdiction over plaintiff's recent motions, his motions are denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 18, 20) are denied.

Dated: July 5, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/melg1103.den2